IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FIRST CHOICE RECOVERY, INC., | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 13-00625-CG-B |
| STATE NATIONAL INSURANCE, | ) |
| Defendant. | ) |

## ORDER

This action having settled after a settlement conference held by Magistrate Bivins on July 22, 2014, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE** subject to the right of any party to reinstate those claims within thirty (30) days of the date of this order should the settlement agreement not be consummated.

**DONE and ORDERED** this 23rd day of July, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE